UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROL V. WHITENER | CIVIL ACTION |
| VERSUS | NO. 15-3504 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION "J" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE